IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAUCOS GORAM,

    Plaintiff,

v.                                          3:10cv123-WS

LEORAH MIMS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 30) docketed September 2, 2011. The magistrate judge recommends that the defendants' motion to dismiss be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference into this order.

2. The defendants' motion to dismiss (doc. 24) is GRANTED.

3. The plaintiff's complaint and this action are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

4.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this 30th day of September, 2011.


 s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE